```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    **v.**                                             Case No. 05-cr-160-PB

**FNU LNU aka "Jose Soler"**

**O R D E R**

The defendant, through counsel, has moved to continue the February 5, 2008 trial in the above case, citing the need for additional time to engage in plea negotiations prior to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 5, 2008 to April 1, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 29, 2008 final pretrial conference is continued to March 27, 2008 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2008

cc: Jeffrey S. Levin, Esq.
    Alfred J.T. Rubega, AUSA
    United States Probation
    United States Marshal